AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>(1) William Liriano Rodriguez and<br>(2) Anthony Pereyra-Batista<br><br>*Defendant(s)* | Case No.<br><br>22-MJ-2268-MBB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 28, 2022__ in the county of __Middlesex__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §846 | conspiracy to distribute and possess with intent to distribute a controlled substance |

This criminal complaint is based on these facts:

See attached Affidavit of DEA Special Agent Roobye F. Vega

☑ Continued on the attached sheet.

_____
Complainant's signature

Roobye F. Vega, DEA Special Agent
*Printed name and title*

Subscribed and sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1.

Date: 04/28/2022

City and state: Boston, Massachusetts

_____
Judge's signature

Hon. Marianne B. Bowler, U.S. Magistrate Judge
*Printed name and title*