**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** II      **Investigating Agency** DEA

**City** Waltham      **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf.      Case No.
Same Defendant      New Defendant
Magistrate Judge Case Number    22-MJ-2268-MBB
Search Warrant Case Number    22-MJ-2218-MBB
R 20/R 40 from District of

**Defendant Information:**

Defendant Name: William Liriano Rodriguez      Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name:

Address: (City & State) Bronx, NY

Birth date (Yr only): 1984    SSN (last4#):    Sex: M    Race: Hispanic    Nationality: Dominican

**Defense Counsel if known:**      Address:

**Bar Number**

**U.S. Attorney Information:**

**AUSA** Leah B. Foley      Bar Number if applicable

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: Spanish

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date:** 04/27/2022

☑ Already in Federal Custody as of 04/27/2022 in
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: April 28, 2022      Signature of AUSA:

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   William Liriano Rodriguez

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. 846 | conspiracy to distribute and possess with intent to distribute a controlled substance | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____